CO-386-online

FILED

FEB 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Penick Corporation,            )
                               )   CASE NUMBER   1:07CV00397
                               )
              Plaintiff        )   JUDGE: Royce C. Lamberth
       vs                      )
                               )   DECK TYPE: Administrative Agency Review
Gonzales, et al.,              )
                               )   DATE STAMP: 02/26/2007
                               )
              Defendant        )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Penick Corporation__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Penick Corporation__ which have any outstanding securities in the hands of the public: Siegfried Holding AG

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_

Signature

__211607__
BAR IDENTIFICATION NO.

Wayne H. Matelski
Print Name

ARENT FOX LLP, 1050 Connecticut Avenue, NW
Address

Washington, DC  20036-5339
City          State       Zip Code

202/857-6340
Phone Number