IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PENICK CORPORATION | ) |
| v. | ) |
| ALBERTO R. GONZALES, *et al.*, | ) CIVIL ACTION NO.: |
| Defendants, | ) 1:07-CV-00397-RCL |
| and | ) |
| RHODES TECHNOLOGIES<br>498 Washington Street<br>Coventry, RI 02816 | ) |
| Applicant for Intervention<br>as Defendant. | ) |

## NOTICE OF APPEARANCE

To the Clerk and all parties of record:

Please enter the appearance of Peter R. Mathers as counsel in this case for Applicant for Intervention as Defendant Rhodes Technologies.

        Respectfully submitted,

        Peter R. Mathers (D.C. Bar No. 294181)
        Kleinfeld, Kaplan and Becker LLP
        1140 19th Street, N.W.
        Washington, D.C. 20036
        (202) 223 5120

        Counsel for Applicant for Intervention as Defendant
        Rhodes Technologies

        Dated: April 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this 2nd day of April, 2007, I caused copies of the foregoing Notice of Appearance to be served upon counsel via email as follows:

Wayne Matelski
Joshua Fowkes
ARENT, FOX, KINTNER, PLOTKIN & KAHN
Washington Square Building
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
(202) 857-6340
matelski.wayne@arentfox.com
fowkes.joshua@arentfox.com

Counsel for Plaintiff Penick Corporation

Tamara Ulrich
United States Department of Justice
Civil Division – Federal Programs
20 Massachusetts Ave, NW
Room 7202
Washington, DC 20530
(202) 305-1432
tamara.ulrich@usdoj.gov

Counsel for Defendants

Peter R. Mathers