**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
PENICK CORPORATION,                 )
                                    )
            Plaintiff,              )
                                    )
      v.                            )       CIVIL ACTION NO.:  1:07CV00397
                                    )
ALBERTO R. GONZALES, *et al.*       )       Hon. Royce C. Lamberth
                                    )
            Defendants.             )
_____)

**STIPULATED AGREEMENT TO HOLD CASE IN ABEYANCE
PENDNG RULING ON JURISDICTION**

Plaintiff Penick Corporation ("Penick") and Defendants Attorney General Alberto R.

Gonzales, the United States Department of Justice, Administrator Karen P. Tandy, and the

United States Drug Enforcement Administration hereby agree to hold this case in abeyance

pending a ruling by the United States Court of Appeals for the District of Columbia Circuit as to

whether it has subject matter jurisdiction in Case No. 07-1055 (*Penick Corporation v. Gonzales,

et al.*).  In the event that the Court of Appeals concludes that it lacks jurisdiction in that case, the

parties in this case respectfully request the right to submit supplemental briefing on the issues

raised in Penick's Motion for Preliminary Injunction.

Respectfully submitted,

 *Joshua A. Fowkes    /s/*
Wayne Matelski (D.C. No. 211607)
Joshua A. Fowkes (D.C. No. 494700)
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036
202-857-6000
Matelski.wayne@arentfox.com
Attorneys for Plaintiff


_____/s/_____
Arthur R. Goldberg (D.C. No. 180661)
Tamara Ulrich (NY Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
202-305-1432
Attorneys for Defendants

**CERTIFICATE OF SERVICE**

Plaintiff's counsel certifies that a true and correct copy of the foregoing filing was caused to be served upon all counsel who has entered an appearance in this case via ECF.

_/s/ Joshua A. Fowkes_
Counsel for Plaintiff, Penick
Corporation