UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PENICK CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:07-397 (RCL) |
| ALBERTO R. GONZALES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

The Court ACCEPTS the parties' stipulated agreement to hold this case in abeyance until the Circuit Court rules in case no. 07-1055.

The pending motions for preliminary injunction and for intervention are DENIED WITHOUT PREJUDICE to reinstatement within 10 days after the ruling of the Court of Appeals.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 23, 2007.